IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DAVID TYRON JONES                                                              PLAINTIFF

v.                              NO. 4:18-cv-00037 JM

SHELBY COUNTY JAIL, DEPUTY JAILERS,                              DEFENDANTS
and WESTERN HEALTH INSTITUTE TECHS

## ORDER

The Court has received findings and a recommendation from Magistrate Judge Patricia S. Harris. No objections have been filed. After a careful, de novo review of the record, the Court concludes that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. The Clerk of the Court is directed to immediately transfer this case to the Western District of Tennessee in accordance with 28 U.S.C. 1406(a).

DATED this 13th day of February, 2018.

_____
UNITED STATES DISTRICT JUDGE